UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In Re:

    VICTOR J. MALAGISI,

        Debtor.

Chapter 13
Case No.: 12-61604

---

### NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

Pursuant to 11 U.S.C. §1307(a), the above named debtor requests this Court to convert his Chapter 13 case to a Chapter 7 case, and as grounds states as follows:

1. I filed a Chapter 13 Bankruptcy Petition in the Northern District of New York, on August 28, 2012, with Case Number 12-61604, and Mark Swimelar, Esq., was assigned as Trustee.

2. Pursuant to 11 U.S.C. §1307(a), a debtor is entitled to convert his/her Chapter 13 Case to a Chapter 7 Case at any time, and the debtor now wishes to convert his Chapter 13 Case to a Chapter 7 Case.

3. The debtor is no longer able to comply with his Chapter 13 payments and he does not wish to modify his Chapter 13 Plan.

4. The conversion to Chapter 7 is being made in good faith by the debtor.

WHEREFORE, the debtor requests that this Court convert his Chapter 13 Case to a Chapter 7 Case, and for such other relief as to the Court seems just and proper.

DATED:    September 12, 2013

                                          Victor J. Malagisi, Debtor